Mr. Kimada Dixson
13-A-2696
Green Haven C.F
P.O. Box 4000
Stormville NY 12582

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2019

PRO SE OFFICE

CASE NAME: Dixson v. LaMana
Docket # 18 cv 8285
District Judge: KPF
Magistrate Judge: SN

Oct. 30th, 2019

RE: Response to the courts Oct. 17th, 2019 court order.

Dear, Madam

     Greetings, I humbly to bring to your attention that the petitioner is in receipt of your honor's order and is still making any and every attempt to fully exhaust all state remedies available. The continuous hurdle the petitioner remains faced with is dilatory tactics by the Bronx Co. District Attorney's office in terms of responsive documents that are much for effective litigation, moreso, these tactics have also forced the petitioner to exceed mandated time constraints. Also, in this time of this letter the petitioner's facility is currently under a security lockdown and not sure when it may subside.

     In closing, the petitioner needs for the Bronx Co. Dist. Attorney's record access officer to provide a determinative decision in order to move to the next available course of action, delegating its responsibility to another officer in time to restart the time clock should not be preferred practice.

Submitted Respectfully

Petitioner has not filed a 440.10 motion by the deadline set in the Court's May 23, 2019 Order granting Petitioner's second request for an extension of time to do so. Accordingly, the Court lifts the stay and Petitioner may file a reply brief, if any, by December 30, 2019. The Court does not anticipate granting an extension of time to this deadline absent a demonstration of good cause by a request filed well in advance of the deadline.

**SO ORDERED.**

_____

SARAH NETBURN
United States Magistrate Judge

November 22, 2019
New York, New York

CC: Kimada Dixson (*By Chambers*)
  DIN No. 13-A-2696
  Green Haven Correctional Facility
  P.O. Box 4000
  Stormville, NY 12582