```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

KIMADA DIXSON,

                                   Petitioner,                  18-CV-08285 (KPF)(SN)

               -against-                                    **ORDER**

JAMIE LAMANNA,

                                   Respondent.

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

      By Order dated November 25, 2019, the Court lifted the stay on litigation entered on January 28, 2019, and gave Petitioner until December 30, 2019, to file a reply to Defendant's motion in opposition. Petitioner has not filed a reply or a request for an extension of time to do so showing good cause. The Court therefore deems the petition fully submitted and ready for decision.

**SO ORDERED.**

                                                                               _____
                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:      January 21, 2020
                 New York, New York

cc:            Kimada Dixson (*By Chambers*)
              DIN No. 13-A-2696
              Green Haven Correctional Facility
              P.O. Box 4000
              Stormville, NY 12582

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2020