```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KIMADA DIXSON,

                        Petitioner,                        18 **CIVIL** 8285 (KPF)(SN)

        -against-                                   **JUDGMENT**

JAMIE LAMANNA,

                        Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 3, 2022, the Court agrees completely with Judge Netburn's detailed and well-reasoned Report and it has adopted its reasoning by reference. The Petition is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          January 3, 2022

                                                      RUBY J. KRAJICK
                                                      _____
                                                          **Clerk of Court**
                             **BY:**
                                                         _____
                                                           **Deputy Clerk**